UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vieira,<br><br>                      **Plaintiff,**<br><br>- *against* -<br><br>The United States of America,<br><br>                      **Defendant,** | **ORDER**<br><br>7:17-cv-10132 |

**PAUL E. DAVISON, U.S.M.J.**

    The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

    ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: July 11, 2022  
       White Plains, New York

SO ORDERED:

_____  
PAUL E. DAVISON, U.S.M.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC # _____  
DATE FILED: **Jul 11, 2022**